# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

**U. S. DISTRICT COURT**

**CASE SEALED:** ◯ YES ◯ NO

**DOCKET NUMBER:** 3:23-cr-157-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | JAKIA McMORRIS |
| **COUNTY OF OFFENSE** | : | MECKLENBURG |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ◯ Petty   ◯ Misdemeanor   ⦿ Felony

18 U.S.C. § 1349  18 U.S.C. § 1704

**JUVENILE:** ◯ Yes   ⦿ No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | JENNY SUGAR |
| **VICTIM/WITNESS COORDINATORS:** | | SHIRLEY RUTLEDGE |
| **INTERPRETER NEEDED** | : | N/A |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |