# MINIMUM / MAXIMUM PENALTY FORM

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF NORTH CAROLINA

United States v. Jakia McMorris

Case Number: 3:23-cr-157-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 USC 1349 (bank fraud c | n/a | max penalty of 30 years; $1,000,000 fine, and 5 yea |
| 2 | 18 USC 1956(h) (Money L | n/a | max penalty of 20 years; $500,000 fine, and 3 years |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?
* 18 U.S.C. 924(c) only

Brandish

Discharge