IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:23-CR-00157-KDB-DCK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JAKIA MCMORRIS, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Government's Motion for Restitution (Doc. No. 46). On October 17, 2024, Defendant was sentenced to two years' probation, including six months' home detention, and a $100 special assessment after pleading guilty to one count of conspiracy to commit bank fraud in violation of 18 U.S.C. § 1349 and § 1344(2). (Doc. No. 43). Restitution was deferred for 90 days. (Doc. No. 43). The Court has carefully considered this motion and will **GRANT** the motion for restitution as ordered below.

**NOW THEREFORE IT IS ORDERED THAT** pursuant to the Mandatory Victims Restitution Act ("MVRA") 18 U.S.C. § 3664, restitution in the amount of $10,758.71 is hereby granted to the following victims in the following amounts:

| Victim | Amount |
|---|---:|
| First Rate Home Improvements | $1,595.00 |
| First Citizens Bank | $450.00 |
| Robert Rondelez | $1,524.00 |
| Carolina Cooperative FCU | $1,100.00 |

1

| | |
|---|---|
| Bank of America | $5,909.71 |
| **Total Restitution** | **$10,578.71** |

Defendant is jointly and severally liable—along with her accomplices, who have yet to be charged—for the full amount of restitution.

    **SO ORDERED ADJUDGED AND DECREED**.

    Signed: December 16, 2024

Kenneth D. Bell
United States District Judge